■ In the Matter of FAIRFAX FINANCIAL HOLDINGS LIMITED et al., Appellants. NEW YORK CITY POLICE DEPARTMENT, Respondent. [931 NYS2d 864]—

Upon review of the records sought, we agree with Supreme Court that they are not material and relevant as direct evidence of petitioners' allegations in a New Jersey action (*see* Civil Rights Law § 50-a). Concur—Friedman, J.P., Catterson, Moskowitz, Freedman and Abdus-Salaam, JJ.